UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TDJB LLC d/b/a CORSICANA INN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:17-CV-2395-G |
| SCOTTSDALE INSURANCE ) | |
| COMPANY, ET AL., ) | |
| ) | |
| Defendants. ) | |

# ORDER

The parties having advised the court that this case has been settled, it is

**ORDERED** that the final judgment or order of dismissal be presented for entry by **November 16, 2017**. If it is not, then the case will be subject to dismissal.

October 16, 2017.

_____
A. JOE FISH
**Senior United States District Judge**