IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TDJB LLC, d/b/a CORSICANA INN, § <br> § <br> Plaintiff, § <br> § <br> V. § <br> § <br> SCOTTSDALE INSURANCE COMPANY, § <br> FOUR SEVENTY CLAIMS, LLC AND § <br> GORDON LEE, INDIVIDUALLY, § <br> § <br> Defendants. § | CIVIL ACTION NO. 3:17-CV-02395 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, TDJB LLC, d/b/a CORSICANA INN ("Plaintiff"), and Defendants, SCOTTSDALE INSURANCE COMPANY, FOUR SEVENTY CLAIMS, LLC and GORDON LEE ("Defendants"), hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, Plaintiff's claims against all Defendants are hereby dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By:   /s/ George H. Arnold
George H. Arnold, Attorney-In-Charge
Federal Bar No. 15948
State Bar No. 00783559
E-Mail: garnold@thompsoncoe.com
Raymond M. Kutch
State Bar No. 24072195
E-Mail: rkutch@thompsoncoe.com
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8210
Facsimile: (713) 403-8299

ATTORNEYS FOR DEFENDANT -
SCOTTSDALE INSURANCE COMPANY
AND FOUR SEVENTY CLAIMS, LLC

By: /s/ Marty D. Price

Marty D. Price
State Bar No.: 16502300
2514 Boll Street
Dallas, Texas 75204
Telephone: (214) 871-1386
Facsimile: (214) 871-1389
Email: martyprice@martyprice.com

ATTORNEY FOR PLAINTIFF -
TDJB LLC D/B/A CORSICANA INN

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 1st day of November, 2017, a true and correct copy of this instrument was served on all counsel of record by the Court's CM/ECF system, in accordance with the Federal Rules of Civil Procedure and all applicable Local Rules, as follows:

Marty D. Price
2514 Boll Street
Dallas, TX 75204
Email: martyprice@martyprice.com

/s/ George H. Arnold
GEORGE ARNOLD